Galnes P. WILSON et al.

v.

Marian C. WILSON, Administratrix of the Estate of Otis C. Wilson, Deceased.

Court of Appeals of Kentucky.

Sept. 16, 1960.

Frank J. Dougherty, Jr., Louisville, for appellants.

Paul M. Lewis, Hatcher & Lewis, Elizabethtown, for appellee.

PER CURIAM.

This case is before us on motion for an appeal from a judgment of the Hardin Circuit Court approving the report and final settlement of the administratrix of the estate of Otis C. Wilson, deceased. We find no prejudicial error.

The motion for an appeal is overruled and the judgment is affirmed.